UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN LEE FLORIOS,<br><br>　　　　　Plaintiff,<br>v.<br><br>UNKNOWN TIPA, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-11430<br>Hon. Susan K. DeClercq |

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

Bryan Lee Florios, a state prisoner confined at the St. Louis Correctional Facility, filed a *pro se* civil rights complaint on May 15, 2025. Plaintiff, however, did not pay the filing fee or file an application to proceed *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). The Court issued an Order to Correct Deficiency on May 20, 2025, requiring Plaintiff to either pay the filing fee or submit a properly supported *in forma pauperis* application. ECF No. 4. The order provided that if Plaintiff did not submit the fee or IFP application within 30 days, his case could be dismissed.

Plaintiff has failed to correct the filing deficiency, and the time for doing so has now expired. Accordingly, Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute. See FED. R. CIV. P. 41(b); *Erby v. Kula*, 113 F. App'x. 74, 75–76 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805

(6th Cir. 2003).

**This is a final order and closes the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 30, 2025